**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KEITH WHITTLE,**

         **Plaintiff,**

  vs.                                       **Civil Action 1:06-CV-744**
                                                  **Judge Holschuh**
                                                  **Magistrate Judge King**

**PROCTOR AND GAMBLE,** *et al.,*

         **Defendants.**

## ORDER

On September 26, 2008, the United States Magistrate Judge issued a Report and Recommendation recommending that defendant Theodore Cummings's request to dismiss plaintiff's claim for patent infringement be denied without prejudice. *Report and Recommendation*, Doc. No. 104. There has been no objection to the *Report and Recommendation*. The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**

Accordingly, in light of the foregoing, *Defendant Theodore Cummings' Notice Regarding Joint Claim Construction Chart*, Doc. No. 95, also requesting a dismissal of the patent count, is **DENIED as moot**.


Date: October 27, 2008                                 **/s/ John D. Holschuh**
                                                          John D. Holschuh, Judge
                                                          United States District Court